JERROLD ELECTRONICS CORP. ET AL. *v.*
UNITED STATES.

No. 631.   Decided March 20, 1961.

*Israel Packel* for appellants.

*Solicitor General Cox, Acting Assistant Attorney General Kirkpatrick* and *Richard A. Solomon* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.   Points 1 and 3, *Northern Pacific R. Co. v. United States,* 356 U. S. 1; *International Salt Co. v. United States,* 332 U. S. 392.   Points 2 and 6, *United States v. W. T. Grant Co.,* 345 U. S. 629, 633.   Point 4, *Schine Theatres v. United States,* 334 U. S. 110, 119.

LOUISIANA EX REL. ALLEN *v.* WALKER, WARDEN.

No. 655, Misc.   Decided March 20, 1961.

*Jack N. Rogers* and *Robert H. Reiter* for appellant.

PER CURIAM.

The appeal is dismissed for the reason that the notice thereof was not filed within the time provided by law.